In the Matter of the Claim of THOMAS H. KEHOE, Respondent, v. KIMBERLY CLARK CORPORATION, Appellant, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. — REYNOLDS, J.

1050

Herlihy,
J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum
by Reynolds, J.